PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

United States Courts
Southern District of Texas
FILED

APR 4 2022

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE  Southern  DISTRICT OF TEXAS
_____ DIVISION

Prince wm Christopher Joseph Downum JR-PC III XVI
Plaintiff's Name and ID Number

811 E Concho, Aransas County (Federal) Detention Center
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Aransas County Public Safety Center (RPPD/ACSD) 714 E. Concho Street Rockport Tx
Defendant's Name and Address (Approx - 60 Employees)

Aransas/San Pat County/District Courts Civil Employees/Judges (33 Employees)
Defendant's Name and Address
2840 Hwy 35 North Rockport Texas

Aransas County Detention Center 811 E. Concho Street Rockport Texas 78382
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✔ YES ___ NO
  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
     1. Approximate date of filing lawsuit: 03-03-20
     2. Parties to previous lawsuit:
        Plaintiff(s) ~~Patrick Flanagan, Janna Whalley~~ Christopher Joseph Dawkum
        Defendant(s) Bill mills A Choppa patrick flanagen, Janna whalley
     3. Court: (If federal, name the district; if state, name the county.) Southern district US Court
     4. Cause number: n
     5. Name of judge to whom case was assigned: R
     6. Disposition: (Was the case dismissed, appealed, still pending?) Volentarly Dismised due To hi during
     7. Approximate date of disposition: June 2020

2

SDSS
SDS LSC

II. PLACE OF PRESENT CONFINEMENT: ARANSAS County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ARANSAS County, City of Rockport Rockport Police Dept, ARANSAS County Sherrifs Department ARANSASA County Federal Detention Center San Patricio Sheriffs ARANSAS PASS Police Department. (AND Relatives/merchants)

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: BT11 MT11S [ARANSAS County SHERRIF] ARANSAS County Public Safty Center 714 E. Concho STREET Rockport Texas 78382

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Engage IN ORGANIZED CRIME by MEANS of DOMESTIC TERRORISM (ATTACH (1))

Defendant #2: John Gutterez ARANSAS County Sheriffs DEPUTEY 714 E. Concho STREET Deputey Cheif - Appeal Officer

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Engaged IN organized CRIMINAL ACT of A Terroristic MANNER

Defendant #3: MATT MURPHEY (Former) ARANSAS County Sherrifs Deputey 714 E. Concho ST Rockport Texas

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

PlANTING Evedence - Engaging IN ORGANIZED CRIME of Terreristic Nature

Defendant #4: ARMONDO CHAPPA (Cheif Jatler) 811 E. Concho ACDC ARANSAS County SherrIES Dept Rockport TX 78382

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rape, murder, Drug Distribution, prostitution RICO.

Defendant #5: DAVID KIANIKA - 811 E. Concho (RUSSIAN) Espianoge ACDC Rockport Texas

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Electronic Crimes - Evedence, Impersonation obstruction of Justice Theft of Software, Idenity, Communications disruption High Ranking member IN ORGANIZED CRIMINAL Activites of Domestic Terrorist Nature

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

PARTIES of mutible Agencies Municipalities, And Judicial members IN Excess of over 200+ member ACTING IN AN ORGANIZED CRIMINAL Co Conspiritual Domestic Terroristic manner while under A civil bannor Perpretrating CRImes for profit Abusing public office - police, Sheriffs, Judges, Court Employees Texas Lawyers - FAlSE ARREST, wrongful prosecution, Entrapment / Framing - Abuse of Authority - IDenty Theft, Impersonation murder, Fema/Gaorment Fraude, Trust fund Theft Defrauding Charitable Organazations

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray for Relief in The The Following, Criminal Charges, Employment Lif Time ban, Acess monatary value And Seize Their Holding Towards Reporations from Personal Assets

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

William Christopher Joseph Downing Evans Worthington Deeds ornelas Alen lee Roberts Smith Pent Land SR Billy Ranger Joseph Michael Cristi Abel Reader - Pam Anderson - Michael Angel Presley, Danial Monte Mankus ornales

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

AS is Exspected Every Effort To gain doccumentation Has met with Obstruction on Every level

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied?                ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ~~YES~~ (NO)

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 03-30-2022
DATE

TDCJ _____
DOC _____
SS# _____-9929

CHRISTOPHER JOSEPH DOWNUM
_Christopher Joseph Downum_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this THIRTYETH (30) day of MARCH (3RD), 20 22 (MMXXII)
(Day) (month) (year)

TDCJ _____
DOB _____/1969
SS# _____-9929

PRINCE CHRISTOPHER JOSEPH DOWNUM
PRINCE _Christopher Joseph Downum_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

b. Title of the suit: Downum vs 36th DISTRICT CourT, City of Rockport And others

c. Case number and date suit was filed: Had To VolenTARILy DISMISS Due To INTenTional HenderANce by ACDC JAIL STAFF,

d. If you are not a party to this suit, what is your connection with it? Explain briefly.

DISMISSED Due To ACDC STAFF And Courts Denying Access To Personal informAtion Then TRansfer w/o CAUSe To Hinder Compliance

**If you have <u>copies</u> of court documents, please attach.**

3.  Explain in detail why you think this attorney has done something improper or has failed to do something which should have been done. Attach additional sheets of paper if necessary.

**Supporting documents, such as copies of a retainer agreement, proof of payment, correspondence between you and your attorney, the case name and number if a specific case is involved, and copies of papers filed in connection with the case, may be useful to our investigation. <u>Do not send originals, as they will not be returned. Additionally, please do not use staples, post-it notes, or binding. Please limit your supporting documentation to 25 pages. Information, including audio, video or image files, submitted on a USB thumb drive or flash drive must not exceed 25MB.</u> Information received after the 10 day deadline will be returned and not considered, as well as information submitted on CDs, DVDs, cassette tapes or other unsupported media.**

**Include the names, addresses, and telephone number of all persons who know something about your grievance.**

**Please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance. To protect your privacy and the privacy of others, please redact personal identifying information (i.e., social security number, date of birth) from any document you provide in support of your grievance and avoid submitting medical records or protected health information belonging to third-parties. <u>Please be advised that in the event that you do provide records that contain your own personal identifying information or protected health information, you are authorizing us to share this information with the attorney named in your grievance.</u> Be advised that documents that contain unredacted third party personal identifying information or that individual's protected health information will be returned and not considered. <u>By executing the grievance below, you authorize the CDC to disclose your personal identifying information and protected health information as necessary to comply with the law, or as necessary to carry out the function and duties of the CDC.</u>**

DEFENDANT #6 ___VAN DE Meder___

BRIEFLY describe ACT That Harmed You.

DEFENDANT #7 ___Bellmonta___

BRIEFLY DESCRIBE ACTS ___

DEFENDANT #8 ___HECTER MARTINEZ___

BRIEFLY DESCRIBE ACTS ___

DEFENDANT #9 ___CROW___

BRIEFLY DESCRIBE ACTS ___

DEFENDANT(s) 10 ___KARREN Alverado___

BRIEFLY DESCRIBE ACTS ___Torres___

DEFENDANT #11 ___Torres___

BREIFLY DESCRIBE ACT ___

DEFENDANT #12 Torres

DESCRIBE BRIEFLY ACTS

DEFENDANT #13 Tobar

BRIEFLY DESCRIBE ACT

DEFENDANT #14 DRIEKorn

BRIEFLY DESCRIBE ACTS

DEFENDANT #15 UVALIE

BRIEFLY DESCRIBE ACTS

DEFENDANTS #16 MADDOX

BRIEFLY DESCRIBE ACTS

DEFENDANT #17 Walker

BRIEFLY DESCRIBE ACTS

DEFENDANT DUGGARD

DESCRIBE ACTS

DEFENDANT #19 Fincher

DESCRIBE ACTS #2

DEFENDANT #20 Gonzales

DESCRIBE ACTS

DEFENDANT #21 Appel

DESCRIBE ACTS

DEFENDANT #22 BAKER

DESCRIBE ACT

DEFENDANT #23 Garrado

DESCRIBE ACTS

DEFENDANT #24 MENDOZA

DESCRIBE ACT #24 ~~ROMAN CORTEZ~~

DEFENDANT #25 ROMAN Cortez

DESCRIBE ACTS

DEFENDANT #26 Peachin

DESCRIBE ACTS

DEFENDANT #27 Gynn

DESCRIBE ACTS

DEFENDANT #28 ROSE LOPEZ

DESCRIBE ACTS

DEFENDANT #29 GARCIA

DESCRIBE ACTS

DEFENDANT #30 Snow

DESCRIBE ACTS

DEFENDANT #31 PSAR

BREIFLY DESCRIBE ACTS

DEFENDANTS #32 ARDNT

DESCRIBE ACTS

DEFENDANT #33 ANDRETTI

DESCRIBE ACTS

DEFENDANT #34 Isbella monose

DESCRIBE ACTS

DEFENDANTS #35 MARKOS MORENO

DESCRIBE ACTS

DEFENDANT #36 Nachole Delean

DESCRIBE ACTS

DEFENDANT #37 JANOVAK Investigator 35 Rockport — Wrongful Prosecution

DESCRIBE ACTS Jury TAINTING And MANIPULATION Engaging IN org Crime of Terroristic Style Attempted Capital murder — Bribery — Influence

DEFENDANT #38 Kelsey Downing Ex ASTS DA 35 District Court RP TX 2840 Hwy 35 north

DESCRIBE ACTS Engaging IN org crime — Fabrication — Evidence Tampering Violation of Discovery — VIOLATION OF BRADY — False Indictment Jury manipulation

DEFENDANT #39 Jacelyn Johnson, 36 District ADA (may 22-2021)

DESCRIBE ACTS Fabricated Documents (Capias warrant may 22-2021) false Indictment, Jury manipulation, wrongful prosecution (RICO)

DEFENDANTS #40 Amanda Oster 36th District DA

DESCRIBE ACTS Joel B Johnson fabrication Evedence To false Endictment, false Imprisonment — Jury manipulation (RICO)

DEFENDANTS #41 Joel B Johnson 36th and 343 Sinton Visiting

DESCRIBE ACTS febrecation Intentional Eroneous Ruleing Kidknapping ABDJacatio (RICO) i.e Engaging IN organized Terroristic crimes

DEFENDANT #42 Coltyn Barrette Rockport Police — Retrd Attempted murder — Assault Brass knuckles — Held TAZER TO FACE

DESCRIBE ACTS Social Terrorism Theft Attempted murder Theft (RICO)

DEFENDANT #43 Deputey Barrette San patricio County Sherrif

DESCRIBE ACTS ~~failed to perform duties~~ BRANDESKY'S Husband to Hit me with ACAR Then Attempt To murder with witnesses

DEFENDATS #44 ~~...~~

DESCRIBE ACTS.

DEFENDANTS #45 ~~Stephanie~~ Abbotte Court Deputy 36th District

DESCRIBE ACTS. Forged Criminal Doccuments To facilitate false Arrest, Falsifyed bond info febrecated Evedence (RICO) Jury manupulat

DEFENDANT #46 Melissa BT 36th Court

DESCRIBE ACTS. Same RICO) Falsifying Court Doccuments

DEFENDANT #47 Deputy Taylor ~~R~~ Aransas County Sherrif

DESCRIBE ACTS ~~Rodney Cox~~ Refusal To perform duties IE Except Charges - Obstruction - Terrorism (RICO)

DEFENDANT #48 Rodney Cox Aransas County Sherris

DESCRIBE ACTS pUrgery Evedence Tampering, Entrapment (RICO)

DEFENDANTS #49 A Hinajosa

DESCRIBE ACTS.

DEFENDANTS #50 BURT MILLS 2840 Hwy 35 72210 ARANSAS CO. Ct-

DESCRIBE ACT ABUSE OF INFLUENCE Co/Head OF ORGANIZED CRIME FAMIL - ENGAGING IN ORGANIZED CRIMR OF Terroristic Style include CAPITOL Attempted murder

DEFENDANTS #51 DIANN DUPTNIC 2840 Hwy 35 JP1

DESCRIBE ACTS ORGANIZED CRIME Terroristic Style Abuse of Authority/Influence - Theft Estate Attempted Capitol murder

DEFENDANTS #52 DIANe megents 2840 Hwy 35 JP 2

DESCRIBE ACTS ENGASING organized CRIME, Terroristic style, capitol murder Attempts, False Imprisonment obstruction

DEFENDANT #53 STARR B BAUER

DESCRIBE ACTS

DEFENDANT #54 RiChARD BEACHT

DESCRIBE ACTS

DEFENDANT #55 Patrick J Flanigan

DESCRIBE ACTS