United States District Court
Southern District of Texas
**ENTERED**
May 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER JOSEPH DOWNUM, JR, *et al.*, § § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 2:22-CV-00066 |
| § § | |
| ARANSAS COUNTY PUBLIC SAFETY CENTER, *et al.*, § § § | |
| Defendants. § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Christopher Downum filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983 on or about April 4, 2022. (D.E. 1). Plaintiff's complaint was difficult to evaluate and screen, especially as he named over fifty defendants providing very few, if any, allegations against each listed defendant. Therefore, on April 7, 2022, Plaintiff was ordered to submit a More Definite Statement of the facts involved in this action by filing a written response on or before May 5, 2022. (D.E. 5). Plaintiff was cautioned that his original complaint was currently deficient and the failure to comply with the undersigned's order may result in the dismissal of this action under Rule 41 of the Federal Rules of Civil Procedure without further notice. (D.E. 5, Page 4).

On May 2, 2022, Plaintiff was given an extension until May 16, 2022 to comply with the undersigned's April 7, 2022 Order for More Definite Statement. (D.E. 7). To

date, Plaintiff has failed to comply. Therefore, it is respectfully recommended that Plaintiff's case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the inherent authority to *sua sponte* dismiss a cause of action for failure to prosecute or failure to comply with any court order).

ORDERED on May 31, 2022.

Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).